

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00267-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
CHRISTOPHER ESCOBAR, ALISA COLCHADO AND ALISA N. ESCOBAR

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-3976-18-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

December 29, 2021